NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FRANK MONTE,                              )
                                          )
            Petitioner,                   )
                                          )
v.                                        )     Case No. 2D20-1488
                                          )
KIMBERLY S. ANDERSON and                  )
ROBERT ANDERSON,                          )
                                          )
            Respondents.                  )
_____  )

Opinion filed September 23, 2020.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Wesley D.
Tibbals, Judge.

Charles D. Radeline of Radeline Law Firm,
PLC, Palm Harbor, for Petitioner.

Michael A. Giasi of Giasi Law, P.A., Tampa,
for Respondents.


PER CURIAM.


            Dismissed as moot.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.